Second Department. March 11, 1904.) Action by Frederick Bryant against John Greenough, as receiver of the New York & Staten Island Electric Company. No opinion. Judgment and order unanimously affirmed, with costs.

BURNETT, Respondent, v. BURNETT, Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1904.) Action by Cornelia Cary Hull Burnett against Harold Livingston Burnett.

PER CURIAM. The papers in this case were submitted without argument, apparently under the impression that the court had ordered that course to be taken. Such was not the fact. The court desire to hear counsel orally in this case, and a reargument is ordered for the 25th instant.

BURNETT, Respondent, v. BURNETT, Appellant. (Supreme Court, Appellate Division, Second Department. January 29, 1904.) Action by Cornelia Cary Hull Burnett against Harold Livingston Burnett. No opinion. Motion for leave to withdraw appeal granted.

BUTTLAR, Respondent, v. McLEAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Christian Buttlar against John L. McLean and another. S. Callaghan, for appellants. S. Assoski, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CALLOPY, Appellant, v. VILLAGE OF TONAWANDA, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by James H. Callopy against the village of Tonawanda.

PER CURIAM. Order affirmed, with costs, upon the ground that the trial justice properly exercised his discretion in setting aside the verdict as against the weight of the evidence.

CAMMANN et al. v. HUNTINGTON. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Charles L. Cammann and others against Freeman F. Huntington. No opinion. Motion denied, with $10 costs.

CAMPBELL v. FRIEDLANDER et al. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Genie H. Campbell (substituted) against Albert Friedlander and Marcus Marks. No opinion. Judgment affirmed, without costs.

CARVALHO, Respondent, v. MERRILL, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Solomon S. Carvalho against Bradford Merrill. J. W. Gerard, for appellant. G. J. Shearn, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to withdraw demurrer, and to answer, on payment of costs in this court and in the court below.

CASE v. HUDSON CO. et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Franklin B. Case, Jr., against the Hudson Company and others. No opinion. Motion denied, with $10 costs.

CHAMBERS, Respondent, v. WEBSTER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by Sidney C. Chambers against David Webster, impleaded with others. No opinion. Judgment and order affirmed, with costs.

CHAMPLIN et al., Appellants, v. PARKER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Joshua E. Champlin and another against John Parker. No opinion. Judgment and order affirmed, with costs.

CHASE, Respondent, v. DRAKE, Appellant. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) Action by Durfee C. Chase against Katharine B. Drake.

PER CURIAM. Order reversed on the argument, with $10 costs and disbursements, on the authority of Jones v. Butler, 83 Hun, 91, 31 N. Y. Supp. 401; and Garrett v. Wood, 61 App. Div. 294, 70 N. Y. Supp. 358, and motion granted, with costs; and the clerk of the county of Kings is directed to retax the costs, by striking out the item of $15 for proceedings before the notice of trial.

CHEW, Respondent, v. WATERVLIET HYDRAULIC CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Alexander D. Chew against the Watervliet Hydraulic Company. From an order granting a motion for bill of particulars, defendant appeals. Modified. G. E. Miner, for appellant. L. A. Tanzer, for respondent.

PER CURIAM. The order appealed from is modified, by requiring the defendant to serve upon the attorney for the plaintiff, within 10 days after service upon the defendant's attorney of a copy of this order, a bill of particulars of the matters alleged in the paragraph marked 4 of the answer herein, showing whether the contract alleged to have been entered into on or about the 31st day of January, 1902, was oral or in writing, as well as all of the terms and conditions of it; what and when changes were thereafter made in such contract, and by whom, and whether the same were oral or in writing; also when the guaranty as to the capacity of the pump was given, and, if such guaranty was not a part of the original contract, whether it was oral or in writing, and when and by whom made; also in what respect said pump and apparatus were of defective material and workmanship, and when and by whom the defects were pointed out to the Dean Steam Pump Company; also when the Dean Steam Pump Company promised and agreed to make good such defects, or substitute other and perfect material and apparatus in place of the defective parts furnished; also whether such promise